

**U.S. Department of Justice**

*Rachael S. Rollins*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*
*John Joseph Moakley United States Courthouse*
*1 Courthouse Way Suite 9200*
*Boston, Massachusetts 02210*

March 2, 2023

William J. Lovett, Esq.
Lovett O'Brien LLP
125 High Street, 26th Floor
Boston, Massachusetts 02110
wlovett@lovettobrien.com

    Re:    Eric Lyons

Dear Mr. Lovett:

Pursuant to Section 10 of the Plea Agreement dated June 27, 2022, the United States Attorney for the District of Massachusetts ("the U.S. Attorney") and your client, Eric Lyons ("Defendant"), agree to supplement the Plea Agreement dated June 27, 2022, solely to incorporate the following additional language to Section 5:

"The Defendant further agrees to the following special conditions of probation:

a) The Defendant will pay a minimum of $45,000 toward restitution no later than 60 days after the Court imposes a sentence, and agrees to pay the entire amount of restitution no later than 18 months after the Court imposes a sentence.

b) The Defendant is barred from working as or associating with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization.

The Defendant agrees that a failure to abide by these conditions constitutes a violation of the Defendant's conditions of probation."

If this letter accurately reflects the agreement between the U.S. Attorney and Defendant, please have Defendant sign the Acknowledgment of Plea Agreement below. Please also sign below as Witness. Return the original of this letter to Assistant U.S. Attorney Christopher J. Markham.

Sincerely,

RACHAEL S. ROLLINS
United States Attorney

By: *(signature)*

STEPHEN E. FRANK

Chief
Securities, Financial & Cyber Fraud Unit

SETH B. KOSTO
Deputy Chief
Securities, Financial & Cyber Fraud Unit

*Christopher J Markham*
CHRISTOPHER J. MARKHAM
Assistant U.S. Attorney

## ACKNOWLEDGMENT OF PLEA AGREEMENT

I have had this letter read to me in my native language and discussed it with my attorney. The letter accurately presents my agreement with the United States Attorney's Office for the District of Massachusetts. There are no unwritten agreements between me and the United States Attorney's Office, and no United States government official has made any unwritten promises or representations to me in connection with my guilty plea. I have received no prior offers to resolve this case other than the Plea Agreement dated June 27, 2022.

I understand the crime I am pleading guilty to, and the maximum penalties for that crime. I have discussed the Sentencing Guidelines with my lawyer and I understand the sentencing ranges that may apply.

I am satisfied with the legal representation my lawyer has given me and we have had enough time to meet and discuss my case. We have discussed the charge against me, possible defenses I might have, the terms of this Agreement and whether I should go to trial.

I am entering into this Agreement freely and voluntarily and because I am in fact guilty of the offense. I believe this Agreement is in my best interest.

ERIC LYONS
Defendant

Date: 3/2/2023

I certify that Eric Lyons has read this Plea Agreement and that we have discussed what it means. I believe Eric Lyons understands the Agreement and is entering into it freely, voluntarily, and knowingly. I also certify that the U.S. Attorney has not extended any other offers regarding a change of plea in this case other than the Plea Agreement dated June 27, 2022.

_____
WILLIAM J. LOVETT

Attorney for Defendant

Date: 3/2/2023

4