Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Eric Lyons      **Case Number:** 0101 1:22CR10233-AK-1

**Name of Sentencing Judicial Officer:** Honorable Angel Kelley, U.S. District Judge

**Date of Original Sentence:** May 12, 2023

**Original Offense:** Investment Advisor Fraud, in violation of 15 U.S.C. § 80b-6

**Original Sentence:** 24 months of Probation

**Type of Supervision:** Probation      **Date Supervision Commenced:** May 12, 2023

---

## NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition #4:** You must complete 100 hours of community service at an agency approved by the Probation Office. |
| | Mr. Lyons has failed to complete community service hours as directed by Probation since November 2023. |

U.S. Probation Officer Action:

U.S. Probation has addressed Mr. Lyons' lack of progress toward his outstanding community service obligation and has clarified that his conduct is unacceptable. The Court was previously notified of his failure to work towards completing his required 100 hours of community service in November 2023, and Mr. Lyons agreed to perform 20 hours of community service a month at an agency approved by the Probation Office. Our office has checked in with Mr. Lyons monthly, and he has failed to complete the required 20 hours of community service. Mr. Lyons has only performed 3 hours of community service since November 2023. At this time, U.S. Probation is requesting a status hearing before the Court to address his failure to complete service as instructed by the Probation Office. If Your Honor concurs with this course of action, please indicate in the appropriate space below.

Reviewed/Approved by:                                            Respectfully submitted,

*/s/ James Pace*                                                                 */s/ Melissa Charlton*
James Pace                                                                            by  Melissa Charlton
Supervisory U.S. Probation Officer                                  U.S. Probation Officer

                                                                               Date:       3/27/2024

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ x ]   Approved
[   ]   Submit a Request for Modifying the Conditions or Term of Supervision
[   ]   Submit a Request for Warrant or Summons
[   ]   Other

   /s/ Angel Kelley
Honorable Angel Kelley
U.S. District Judge

4/30/2024
Date